**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

TIMOTHY A. VAIL,

                              Plaintiff

              - v -                              9:12-CV-1245
                                                           (GTS/RFT)

AMBER LASHWAY, *et al.*

                              Defendants.

_____

**RANDOLPH F. TREECE**
**U.S. MAGISTRATE JUDGE**

## ORDER

On February 26, 2014, Defendants submitted to this Court Defendant Amber Lashway's personnel file for an *in camera* review. The Court has conducted a review of Lashway's personnel file and found no document nor information that may be relevant to this litigation. Therefore, it is hereby Ordered that the Defendants make arrangements with Chambers to retrieve Lashway's personnel file forthwith.

**IT IS SO ORDERED**.

Dated: April 9, 2014
        Albany, New York

_____
Randolph F. Treece
U.S. Magistrate Judge